UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRE THOMAS                                                                    CIVIL ACTION

VERSUS

SID J. GAUTREAUX, III, ET AL.                                         NO. 23-01541-BAJ-SDJ

RULING AND ORDER

Plaintiff, an inmate confined at the East Baton Rouge Parish Prison, alleges that his constitutional rights were violated due to retaliation, denial of access to the courts, and deliberate indifference. (Doc. 1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 7, the "Report")**, recommending that Plaintiff's claims be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as legally frivolous and for failure to state a claim upon which relief may be granted.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 16th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**